AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-235 |
| Jack Mitchell Johnson | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date: 8/30/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 08/30/2023

*Issuing officer's signature* — Zia M. Faruqui

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/30/23, and the person was arrested on *(date)* 8/31/23
at *(city and state)* Minot, ND

Date: 8/31/23

*Arresting officer's signature*

Andrew Meiszberg, SA - FBI
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jack Mitchell Johnson
Known aliases: ___
Last known residence: 1000 Fifth St SE, Minneapolis, Minnesota
Prior addresses to which defendant/offender may still have ties: ___

Last known employment: Don Bessette Motors
Last known telephone numbers: ___
Place of birth: Enid, OK
Date of birth: 3/25/2002
Social Security number: 441175629
Height: 6'3"   Weight: 170
Sex: M   Race: W
Hair: Blonde   Eyes: Green
Scars, tattoos, other distinguishing marks: Middle Finger R Hand Scar

History of violence, weapons, drug use: ___

Known family, friends, and other associates *(name, relation, address, phone number)*:
(901) 318-6329

FBI number: ___
Complete description of auto:
2015 Hyundai Sonata ND Plate 519DUR
Investigative agency: Federal Bureau of Investigation
Investigative agency address: ___
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ___

Date of last contact with pretrial services or probation officer *(if applicable)*: ___