UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK MITCHELL JOHNSON,<br><br>Defendant. | Cr. No. 1:23-MJ-235<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters their appearance as counsel in this case for the Defendant, Jack Mitchell Johnson.

Dated this 15th day of September, 2023.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:


*/s/ Christina P. Rudy*
Christina P. Rudy
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Ave, Ste 230
Bismarck, ND 58501
Telephone: 701-250-4500
Facsimile: 701-250-4498
filinguser_SDND@fd.org